# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 06-00215-1 JL |
| ) | |
| James J. Seltzer ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____August 10, 2006____ be continued until ____October 26, 2006____ at ____11:00 a.m.____ .

Date: 8-4-06

James Larson
Chief United States Magistrate Judge

NDC-PSR-009 12/06/04